[Stamps: LODGED – SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAR 18 2010, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY]

[Stamp: FILED – SOUTHERN DIVISION, CLERK, U.S. DISTRICT COURT, MAR 18 2010, CENTRAL DISTRICT OF CALIFORNIA, DEPUTY]

[Stamp: RECEIVED BUT NOT FILED, MAR 18 2010, CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION, DEPUTY]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| EN POINTE TECHNOLOGIES INC., a Delaware Corporation, | CASE NO. SACV-10-00086 CJC |
| Plaintiff, | ~~PROPOSED~~ JUDGMENT |
| vs. | |
| SARCOM, INC., a Delaware Corporation qualified to do business in California as DELAWARE SARCOM INC. and WAREFORCE INC. A business entity form unknown, ANDREW GRESKOVICS, GENTRY RICHARDSON and DOES 1-10 inclusive | |
| Defendants. | |

1   On March 3, 2010, the Court on its own Motion advanced Defendants'
2   Motion to Dismiss Pursuant to FRCP 12(b)(6) and deeming the case to be
3   one for which oral argument was not necessary, ruled as follows
4   IT IS HEREBY ORDERED AND ADJUDGED that
5   1.   The First Cause of Action for violation of the Computer Fraud
6   Abuse Act, 18 U.S.C. 1030 does not state a claim upon which relief can be
7   granted; and
8   2.   The Court declines to accept supplemental jurisdiction over the
9   'State Law Claims; and
10  3.   The First Cause of Action as to the Computer Fraud and Abuse
11  Act is dismissed with prejudice.

DATED: March 18, 2010

Cormac J. Carney
**United States District Court**

## PROOF SERVICE BY MAIL AND E-MAIL

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the county of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action.

My business address is 9300 Wilshire Boulevard, Suite 308, Beverly Hills, CA 90212.

On March 16, 2010 I served the foregoing document described as **PROPOSED JUDGMENT** in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

Steven Mark Zadravecz
Jones Day
3161 Michelson Drive, Ste 800
Irvine, CA 92614

__X__ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_X_ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed under penalty of perjury, under the laws of the United States of America.

Executed under penalty of perjury on March 16, 2010 at Beverly Hills, California.

Mark Bohn